IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00010-RJC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY ROSCOE JENKINS, JR., ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> ROOSEVELT TIRE SERVICE INC., ) <br> Garnishee. ) <br> _____ ) | **ORDER** |

**UPON MOTION** of the United States (Doc. No. 479), for the reasons stated therein and for good cause shown, the motion is **GRANTED**, and the Order of Continuing Garnishment entered in this case against Defendant as to Garnishee is **TERMINATED**.

**SO ORDERED**.

Signed: February 1, 2024

Susan C. Rodriguez
United States Magistrate Judge